# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AFRICAN AMERICA INMATES OF CCA OF SOUTHERN NEVADA DETENTION CENTER, *et al.*, | |
| Petitioners, | 2:12-cv-00468-KJD-VCF |
| vs. | **ORDER** |
| PRADO, *et al.*, | |
| Respondents. | |

Petitioners have submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but they have failed to simultaneously submit either motions for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. Petitioners shall be sent motions for leave to proceed *in forma pauperis* form, should they wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the **clerk shall** send petitioners **six (6)** motions for leave to proceed *in forma pauperis* form and instructions therefor. Petitioners shall have **thirty (30) days** from the date of entry of this order within which to file individual motions for leave to proceed

1  *in forma pauperis*.  Alternatively, petitioners shall have **thirty (30) days** from the date of entry of
2  this order within which to have prison officials deduct from a prison account and send to the clerk of
3  court the full $5.00 filing fee.  Failure to do so may result in the dismissal of this action.
4      DATED:  May 9, 2012

_____
UNITED STATES DISTRICT JUDGE

2